**Order entered September 4, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00118-CR

### ANTONIO LAMAR COCHRAN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 1
### Dallas County, Texas
### Trial Court Cause No. F-1576529-H

## ORDER

The State's motion for extension of time to file its brief is **GRANTED**, and the State's brief received by this Court on September 3, 2019 is **ORDERED** filed as of the date of this order.

/s/     LANA MYERS
          JUSTICE